# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 10-01783-FRZ-JCG |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| Michael William McKerlie, ) | |
| Defendant(s). ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Evidence [Doc 15] and Motion for Additional Disclosure. [Doc. 25]

On March 13, 2011, Magistrate Judge Jennifer C. Guerin conducted a hearing and on July 7, 2011 issued her Report and Recommendation. [Doc 30] A copy was sent to all parties. On July7 20, 2011 Defendant filed his Objection to Report and Recommendation. [Doc 38] On August 11, 2011, the Government filed their Response to Defendant's Objection. [Doc 42]

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

1    IT IS ORDERED that the Defendant's Objections to Report and Recommendation
2 are DENIED.
3    IT IS FURTHER ORDERED that the Motion to Suppress Evidence and the
4 Motion for Additional Disclosure are DENIED.
5    DATED this 15th day of September, 2011.

_____
Frank R. Zapata
Senior United States District Judge