# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff(s), <br> vs. <br> Michael William McKerlie, <br>     Defendant(s). | NO. CR 10-01783-FRZ-JCG <br><br> **ORDER** |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress or Exclude Statement [Doc 16].

On September 8, 2011, Magistrate Judge Jennifer C. Guerin conducted a hearing and on October 3, 2011 issued her Report and Recommendation [Doc 52]. A copy was sent to all parties. Defendant filed his Objection to Report and Recommendations on October 13, 2011 [Doc 54]. The Government has filed a response [Doc 55].

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that Defendant's Objection to Report and Recommendation is DENIED.

IT IS FURTHER ORDERED that the Motion to Suppress or Exclude Statement is DENIED.

DATED this 28th day of October, 2011.

_____
Frank R. Zapata
**Senior United States District Judge**